Exhibit 1



**Graffiti Removal Services**
9956 SE Ankeny St.
Portland, OR 97216
(503)231-1414
AR@removegraffiti.net

# INVOICE

**BILL TO**
4310 Building LLC
PO Box 42135
Portland, OR 97242

**INVOICE #** 14384
**DATE** 09/13/2022
**DUE DATE** 09/13/2022
**TERMS** Due on receipt

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 09/06/2022 | **Graffiti Removal**<br>Graffiti removal from: plywood coverings on building and concrete retaining wall, 1 @ $273.50 | 273.50 |
| 09/06/2022 | Service Address:<br>4310 S Macadam Ave<br>Portland, OR | |

Beginning on January 1st, 2021 a $3.50 admin fee will be applied to each invoice that is required to be uploaded onto a customer's preferred Vendor Portal.

**BALANCE DUE**                    **$273.50**